# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 25-10634
**Case Name:** ANDREW MICHAEL SANCHEZ, JR
**For Period Ending:** 06/30/2025

**Trustee Name:** (510120) Philip J. Montoya
**Date Filed (f) or Converted (c):** 05/22/2025 (f)
**§ 341(a) Meeting Date:** 06/26/2025
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6555 Cliff Dwellers Rd NW, Albuquerque, NM 87114, Bernalillo County County | 300,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2023 RoadGlide Special, 300 miles | 25,290.00 | 0.00 | | 0.00 | FA |
| 3 | 2022 Chevrolet Silverado, 36900 miles | 35,150.00 | 0.00 | | 0.00 | FA |
| 4 | 2018 Honda Accord Sport, 70000 miles | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2020 Harley Davidson Softail Slim, 57 miles | 13,100.00 | 0.00 | | 0.00 | FA |
| 6 | Living room furniture ($500), Master bedroom furniture ($500), Second bedroom furniture ($200), Third bedroom furniture ($200), Refrigerator ($200), Other kitchen appliances ($200), Washer ($100), and Dryer ($100) | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2 Televisions ($500), Laptop ($300), and Smartphone ($100) | 900.00 | 0.00 | | 0.00 | FA |
| 8 | Springfield XDS | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Men's clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Cat ($10) | 10.00 | 0.00 | | 0.00 | FA |
| 11 | Tools | 400.00 | 0.00 | | 0.00 | FA |
| 12 | Cash | 11,400.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: US Bank (overdrawn) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Robinhood Roth IRA | 80.00 | 0.00 | | 0.00 | FA |
| 15 | Cap's Custom Cycles L.L.C., 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 16 | IRA: Robin Hood | 80.00 | 0.00 | | 0.00 | FA |
| 17* | Claim for personal injury against driver for February 2024 car accident (approximately $17,000 in medical expenses plus unliquidated personal damages) (demand letter sent to, and anticipated recovery from, State Farm insurance company) (See Footnote) | Unknown | 0.00 | | 0.00 | 1.00 |
| **17** | **Assets    Totals    (Excluding unknown values)** | **$388,811.00** | **$0.00** | | **$0.00** | **$1.00** |

RE PROP# 17    Objection to exemption pending

Case 25-10634-j7    Doc 15    Filed 07/31/25    Entered 07/31/25 17:28:42 Page 1 of 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 25-10634  
**Case Name:** ANDREW MICHAEL SANCHEZ, JR  

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 05/22/2025 (f)  
**§ 341(a) Meeting Date:** 06/26/2025  
**Claims Bar Date:**

**For Period Ending:** 06/30/2025

**Major Activities Affecting Case Closing:**

7-25-25 Move to employ Bruyce Thompson as special counsel to pursue injury claims of the Debtor.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026  
**Current Projected Date Of Final Report (TFR):** 12/31/2026

07/31/2025  
Date

/s/Philip J. Montoya  
Philip J. Montoya