**IT IS ORDERED**

**Date Entered on Docket: August 12, 2025**



_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
ANDREW MICHAEL SANCHEZ,                    No. 25-10634-j7
    Debtor(s)

## ORDER PERMITTING EMPLOYMENT OF ATTORNEY

**THIS MATTER** having come before the Court on the Application by Trustee to Employ an Attorney filed on July 23, 2025, Doc. No. 13, with no notice to parties in interest being required; and the Court otherwise having been fully advised, finds that the application to employ Philip J. Montoya should be approved.

**IT IS THEREFORE ORDERED** that the application to employ Philip J. Montoya as counsel for the Trustee is hereby approved.

**IT IS FURTHER ORDERED** that all fees, costs and gross receipts tax charged, including rates charged, are subject to ultimate approval of the Bankruptcy Court under Bankruptcy Code §§ 328, 330 and 331.

**IT IS FURTHER ORDERED** that Philip J. Montoya shall not receive attorney compensation for performing Trustee duties.

### ### END OF ORDER###

Submitted by:
s/submitted electronically
Philip J. Montoya, Trustee
1122 Central Avenue, SW, Suite 3
Albuquerque, NM 87102
(505) 244-1152
pmontoya@swcp.com

Approved by:
Approved by email on 7/24/25 by
Mary L. Johnson
Assistant United States Trustee
P.O. Box 608
Albuquerque, NM 87103
Telephone: (202) 834-4113
Mary.L.Johnson@usdoj.gov